Opinion issued January 26, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01007-CV

———————————

In re CAROL WHITWORTH, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator, Carol Whitworth, petitioned for writ of mandamus
asking that we order the trial court to transfer the post-divorce child-custody
modification proceedings to Coushatta Tribe of Louisiana’s Tribal Court.[1]  

          We
deny mandamus relief.  We lift the
temporary stay entered by this Court on December 12, 2011.  All pending motions are dismissed as moot.

PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.

 











[1]           The underlying case is In re K.K.L.C., a child, No. 2000-64428 (257th Dist. Ct., Harris Cnty., Tex.), the Honorable Judy Warne, presiding.